UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMPSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-07186-JSC<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING DATE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on the Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 6) is rescheduled to **November 29, 2022**, **at 11:00 a.m.**, before Judge Jacqueline Scott Corley, by Zoom videoconference (**Meeting ID:** 161 366 1817/**Password:** 924619). Defendants' opposition is due by November 28, 2022.

Dated: November 18, 2022

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Ada Means, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JACQUELINE SCOTT CORLEY