UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LEE CUMMINGS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANDRA MURILLO, et al., <br><br> Defendants. | Case No. 22-cv-07481-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Thompson v. City of San Jose,* 22-cv-07186-JSC.

**IT IS SO ORDERED.**

Dated: November 29, 2022



_____
JON S. TIGAR
United States District Judge