UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK THOMPSON, et al., | Case No. 5:22-cv-07186 EJD |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | Re: ECF No. 67 |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Plaintiffs in the above-entitled matter having failed to appear at the status conferences on February 16, 2023, and March 23, 2023, and defendant having appeared at those proceedings in compliance with the Court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held April 27, 2023, at 10:00 AM in San Jose, Courtroom 4, 5th Floor. If plaintiffs fail to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

DATED: March 23, 2023

EDWARD J. DAVLA
United States District Judge